# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:00CR6-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.   ) | **O R D E R** |
| ) | |
| TAMMY MARIE LOGAN ) | |

**THIS MATTER** is before the Court on the Defendant's request for sentence modification. The motion is denied.

Although the Court understands the hardships Defendant is enduring due to her medical condition and the other circumstances related in her motion, the Court has no authority or jurisdiction to modify or reduce her term of imprisonment for those reasons.

**IT IS, THEREFORE, ORDERED** that the Defendant's request for sentence modification is **DENIED**.

Signed: December 5, 2006

Lacy H. Thornburg
United States District Judge