# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:00CR6-4 |
| Tammy Marie Logan ) | USM No: 15768-058 |
| ) | Tanzania C. Cannon-Eckerle & Claire J. Rauscher |
| Date of Previous Judgment: 12/13/00 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❏ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __Time served plus 10 days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__                         Amended Offense Level: __29__
Criminal History Category: __II__                      Criminal History Category: __II__
Previous Guideline Range: __121__ to __151__ months    Amended Guideline Range: __97__ to __121__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __12/13/00__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __May 9, 2008__

Effective Date: _____
(if different from order date)

Signed: May 9, 2008

Lacy H. Thornburg
United States District Judge